THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| RICK FUTIA, | Case No.  C 06-4960 RMW |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| ROBERTA and MARCO BERTOZZI, | |
| Defendant. | |

The parties hereto stipulate as follows:

Defendants Roberta and Marco Bertozzi were misnamed.  The true defendant is Casa Feliz, Inc.  The Settlement Agreement referenced below is between Plaintiff and Casa Feliz, Inc.  By this Stipulation of Dismissal; Order, Casa Feliz, Inc. is submitting to the jurisdiction of this Court and is stipulating to be bound by this Court's Order in this Action.

Plaintiff and Casa Feliz, Inc. have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  Plaintiff and Casa Feliz, Inc. shall comply with their Settlement Agreement, a copy of which is incorporated

C 06-4960 RMW                                            1

by reference as if fully set forth.  Plaintiff and Casa Feliz, Inc. request the Court to retain jurisdiction for three and one-half years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the Plaintiff and Casa Feliz, Inc. are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the Plaintiff and Casa Feliz, Inc. through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for three and one-half years after the date hereof.

| | |
|---|---|
| Date:   January 11, 2007 | Date:  January 11, 2007 |
| S/John A. McKinsey, | S/Thomas N. Stewart, III, |
| Attorney for Casa Feliz, Inc., erroneously sued as Roberta and Marco Bertozzi | Attorney for Plaintiff |

John A. McKinsey
Stole Rives, LLP
770 I Street, Suite 800
Sacramento, Ca 95814

IT IS SO ORDERED:

Date:   2/6/07

*Ronald M. Whyte*
_____
U.S. DISTRICT JUDGE